UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MOHOMED SAEED,                                            :
                                                          :
                        Plaintiff,    :
                                                          :          REPORT &
    -against-                                             :          RECOMMENDATION
                                                          :          19-CV-2134 (MKB) (SMG)
WARDEN QUAY,                                              :
                                                          :
                        Defendant.    :
------------------------------------------------------------------------x
STEVEN M. GOLD, U.S. Magistrate Judge:

      Plaintiff Mohomed Saeed, proceeding *pro se*, commenced this case on April 8, 2019, while detained at the Metropolitan Detention Center ("MDC") in Brooklyn, NY. Dkt. 1. Plaintiff did not appear in the first status conference on March 9, 2020. Dkt. 17. The Court's related scheduling order was returned as undeliverable due to the fact that the "inmate was no longer at [the] facility." Dkt. 16. The Court scheduled a second conference for November 23, 2020; neither side appeared. Dkt. 21.

      On November 30, 2020, defendant submitted a status report informing the Court that following plaintiff's release from prison on August 2, 2019—after the filing of the complaint but before defendant was served—plaintiff has neither appeared in this suit nor updated his contact information with the Clerk of Court. Def.'s Ltr. dated Nov. 30, 2020, at 1–2, Dkt. 22. Defendant has sent correspondence to plaintiff's last known address, obtained from the MDC, but plaintiff has not confirmed receipt of any correspondence. *Id.*

      The Court issued an Order directing to plaintiff to submit a letter indicating whether he intended to pursue this action by December 22, 2020. Order dated Dec. 1, 2020. The Court informed plaintiff that failure to comply may result in a recommendation of dismissal. *Id.*

Having no other address available, the Court mailed its Order to plaintiff at the Metropolitan Detention Center; the Court's letter, though, could not be delivered. Dkt. 26.

Plaintiff has failed to keep the Court informed as to his current address, and it appears as a result that there is no way to contact him. Accordingly, I respectfully recommend that this case be dismissed without prejudice for failure to prosecute.

Any objections to the recommendation made in this Report must be made within fourteen days after filing of this Report and Recommendation and, in any event, on or before January 11, 2021. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to file timely objections may waive the right to appeal the District Court's order. *See Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (discussing waiver under the former ten-day limit).

/s/
Steven M. Gold
United States Magistrate Judge

Brooklyn, New York
December 28, 2020

U:\#ECC 2019-2020\19-cv-2134 Saeed v. Quay RR.docx